Opinion issued November
4, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00892-CV

———————————

In
re JIMMY BRIGGS, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

 

MEMORANDUM OPINION

          Relator, Jimmy Briggs, has filed a petition
for writ of mandamus.  See Tex.
Gov’t Code Ann. § 22.221 (Vernon 2004); see also Tex. R. App.
P. 52.  Relator requests this Court to
vacate the trial court’s order sustaining the district clerk’s contest to his
declaration of inability to pay costs and to allow him to proceed in the trial
court “without prepayment of fees.”[1]  

          We deny
relator’s petition for writ of mandamus. 


PER CURIAM

Panel consists of Justices Keyes, Higley, and Bland.











[1]           The
respondent is The Honorable Doug Warne, Presiding Judge of the 311th Judicial
District Court of Harris County.  The
underlying suit is Jimmy Briggs v. Mary
Briggs, No. 2010–53123 (311th Dist. Court, Harris County, Tex.).